UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARRELL MOSELY,<br>    #1063888<br><br>            Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT<br>OF CORRECTIONS, *et al.*,<br><br>            Defendants. | 3:12-cv-00029-ECR-WGC<br><br>**ORDER** |

Plaintiff submitted a *pro se* civil rights complaint and, in response to this court's order, filed an amended complaint (ECF #5). According to his first amended complaint, plaintiff is no longer incarcerated. Accordingly, plaintiff must submit a completed and signed application to proceed *in forma pauperis* on the non-prisoner form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form. Plaintiff shall have thirty (30) days to submit his non-prisoner application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for a non-prisoner Application to Proceed *In Forma Pauperis*, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed non-prisoner application to proceed *in forma pauperis*, along with all required financial documentation, on the form

1 provided by this court.  Plaintiff's failure to file a non-prisoner application to proceed *in forma pauperis*
2 in compliance with this order may result in the immediate dismissal of this entire action.

4       DATED:  February 27, 2012.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE