UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TARRELL MOSELY,

      Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

      Defendants.

3:12-cv-00029-ECR-WGC

**ORDER**

On February 15, 2012, plaintiff submitted an amended civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF #5). As he indicated in his amended complaint that he was no longer incarcerated, on February 27, 2012 the court ordered plaintiff to complete and file a non-prisoner application to proceed *in forma pauperis* within thirty days (ECF #6). The order was served on plaintiff at his address of record. On March 1, 2012, that order was returned by the U.S. Postal Service as undeliverable (ECF #7).

Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure

1  to comply with this rule may result in dismissal of the action with prejudice." Accordingly, as plaintiff
2  has failed to file written notification of change of address with the court, this action is dismissed.
3        **IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma*
4  *pauperis* (ECF #1) is **DENIED**.
5        **IT IS FURTHER ORDERED** that this action is **DISMISSED**.
6        **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close
7  this case.
8        DATED this 13th day of April 2012.

*/s/ Edward C. Reed*
UNITED STATES DISTRICT JUDGE

2